# Exhibit A

# Washington Trust CRA Assessment Area – State of Rhode Island

