# Exhibit B

Washington Trust Branch Locations in Rhode Island



Washington Trust Branch Locations in Providence County

