# Exhibit C

Location of Loan Applications Received by Washington Trust - 2016



Location of Loan Applications Received by Washington Trust - 2017



Location of Loan Applications Received by Washington Trust - 2018



Location of Loan Applications Received by Washington Trust - 2019



Location of Loan Applications Received by Washington Trust - 2020



Location of Loan Applications Received by Washington Trust - 2021

