# Exhibit D

Location of Loans Originated by Washington Trust - 2016



Location of Loans Originated by Washington Trust - 2017



Location of Loans Originated by Washington Trust - 2018



Location of Loans Originated by Washington Trust - 2019



Location of Loans Originated by Washington Trust - 2020



Location of Loans Originated by Washington Trust - 2021

