# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE WASHINGTON TRUST COMPANY, OF WESTERLY,<br><br>Defendant. | Civil Action No. 23-cv-00399 |

## JOINT NOTICE AND MOTION FOR ENTRY OF CONSENT ORDER

Plaintiff United States of America and Defendant The Washington Trust Company, of Westerly, by and through their respective counsel, hereby notify the Court that a Consent Order resolving the claims in this case was agreed upon, and moves the Court for final approval and entry of the Consent Order, attached as Exhibit 1.

Dated: September 27, 2023

1

Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA:**

|  |  |
|---|---|
|  | MERRICK B. GARLAND<br>Attorney General |
| ZACHARY A. CUNHA<br>United States Attorney<br>District of Rhode Island | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
|  | CARRIE PAGNUCCO<br>Chief |
| */s/ Amy R. Romero*<br>AMY R. ROMERO<br>KEVIN LOVE HUBBARD<br>Assistant United States Attorneys<br>United States Attorney's Office<br>District of Rhode Island<br>One Financial Plaza, 17th Floor<br>Providence, RI 02903<br>Phone: (401) 709-5010<br>Amy.Romero@usdoj.gov | */s/ Varda Hussain*<br>VARDA HUSSAIN<br>Special Litigation Counsel<br>Housing & Civil Enforcement Section<br>Civil Rights Division<br>U.S. Department of Justice<br>150 M Street, NE<br>Washington, DC 20530<br>Phone: (202) 532-5036<br>Varda.Hussain@usdoj.gov |

**FOR THE WASHINGTON TRUST COMPANY, OF WESTERLY:**

*/s/ Matthew S. Sheldon*
MATTHEW S. SHELDON
SABRINA M. ROSE-SMITH
SAMANTHA M. KIRBY
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20036
Phone: 202-346-4027
Fax: 202-204-7302
MSheldon@goodwinlaw.com