AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
District of Rhode Island

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:23-CV-00399-MSM-LDA |
| The Washington Trust Company, of Westerly | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Washington Trust Company, of Westerly                                                                   .

Date:      10/20/2023

/s/Christina Lewis
*Attorney's signature*

Christina Lewis, Bar No. 7633
*Printed name and bar number*

Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210

*Address*

ChristinaLewis@goodwinlaw.com
*E-mail address*

(617) 570-1000
*Telephone number*

(617) 523-1231
*FAX number*