IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE WASHINGTON TRUST COMPANY, OF WESTERLY,<br><br>　　　　　　Defendant. | Civil Action No. 1:23-CV-00399-MSM-LDA |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The Washington Trust Company, of Westerly, by and through their undersigned counsel, hereby discloses that it is wholly-owned by parent corporation Washington Trust Bancorp., Inc, a publicly held corporation trading under the ticker symbol WASH.  No other publicly traded company has a 10% or more interest in The Washington Trust Company, of Westerly.

Dated:  October 20, 2023

Respectfully submitted,

*/s/ Christina Lewis*
Christina Lewis (Bar No. 7633)
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
ChristinaLewis@goodwinlaw.com

*Counsel for Defendant The Washington Trust Company, of Westerly*

**CERTIFICATE OF SERVICE**

I, Christina Lewis, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, was sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 20, 2023.

/s/ *Christina Lewis*
Christina Lewis